694 A.2d 190

LISA MYLROIE, ETC., ET AL. v. ALAN E. KELSEY, M.D.

May 21, 1997.

## ORDER

Leave to appeal is granted and the Order of the Superior Court, Law Division filed January 22, 1997, insofar as it bars expert testimony at trial on behalf of defendant Alan E. Kelsey, M.D., is summarily reversed, without prejudice to the court's consideration of whether less severe measures should be taken for violation of the case management orders.

694 A.2d 190

STATE OF NEW JERSEY v. MARIANO CARRION–COLLAZO.

May 21, 1997.

## ORDER

This matter come before the Court on a claimed appeal as of right pursuant to *Rule* 2:2–1(a)(1), and the Court having reviewed the matter and having determined that the appeal does not present a substantial constitutional question within the meaning of the Rule and applicable case law,

And good cause appearing;

It is ORDERED that the within appeal is dismissed.